AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America<br>v.<br>MIGUEL ANGEL MEDINA<br><br>Defendant(s) | )<br>)<br>) Case No.  MJ-22- 1 -M--KLD<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _January 19, 2022_ in the county of _Lincoln_ in the _Montana_ District of _Missoula_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1324(a)(1)(A)(ii) | Illegal Transport of Aliens (max punishment: 10 years, $250,000 fine, 3 years supervised release) |
| Title 8 U.S.C. § 1324(a)(1)(A)(v)(I) | Conspiracy to Transport Aliens (max punishment: 10 years, $250,000 fine, 3 years supervised release) |

This criminal complaint is based on these facts:
See attached affidavit, incorpoted by reference herein.

☑ Continued on the attached sheet.

/S/ Seth Justesen
Complainant's signature

Seth Justesen, Border Patrol Agent-Programs
Printed name and title

Sworn to ~~before me and signed in my presence.~~ by telephone pursuant to Fed RCrP 4.1

Date: January 21, 2022

Kathleen DeSoto
Judge's signature

City and state:  Missoula, Montana

Kathleen L. DeSoto, U.S. Magistrate Judge
Printed name and title

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America<br>v.<br>LESLIE PATRICIA RIVERA<br>aka Leslie Patrica Rivera-Henriquez<br>aka Leslie Patricia Henriquez-Sarrios<br><br>*Defendant(s)* | Case No. MJ-22- / -M--KLD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 19, 2022 in the county of Lincoln in the Montana District of Missoula, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1324(a)(1)(A)(ii) | Illegal Transport of Aliens (max punishment: 10 years, $250,000 fine, 3 years supervised release) |
| Title 8 U.S.C. § 1324(a)(1)(A)(v)(I) | Conspiracy to Transport Aliens (max punishment: 10 years, $250,000 fine, 3 years supervised release) |

This criminal complaint is based on these facts:
See attached affidavit, incorported by reference herein.

☑ Continued on the attached sheet.

/S/ Seth Justesen
*Complainant's signature*

Seth Justesen, Border Patrol Agent-Programs
*Printed name and title*

Sworn to ~~before me and signed in my presence.~~ by telephone pursuant to Fed.R.Cr.P 4.1

Date: January 21, 2022

*Judge's signature*

City and state: Missoula, Montana

Kathleen L. DeSoto, U.S. Magistrate Judge
*Printed name and title*